# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO: 8:20-cr-146-CEH-JSS

YONASKY ROSA

_____

### FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation on Violation of Supervised Release of the United States Magistrate Judge (Doc.14), entered August 1, 2022. A Final Revocation Hearing was previously scheduled for September 6, 2022 at 2:30 PM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 19th day of August 2022.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services